**NO JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. CV 10-03795 DDP (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| 9305 FIRESTONE, LLC, a California Limited Liability Company; E.Z. HOMES, INC., a California corporation, | |
| Defendants. | |

Judgment is hereby entered in favor of Plaintiff and against Defendant 9305 Firestone, LLC.  Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: December 16, 2011

_____
DEAN D. PREGERSON
United States District Judge