**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., Plaintiff, v. 9305 FIRESTONE, LLC, a California Limited Liability Company; E.Z. HOMES, INC., a California corporation, Defendants. | Case No. CV 10-03795 DDP (JCGx) **ORDER GRANTING ATTORNEYS' FEES** [Dkt. No. 62] |

Presently before the court is Plaintiff and prevailing party Rafael Arroyo Jr.'s Motion for Award of Attorney's Fees. Fees are available to Plaintiff under the Americans with Disabilities Act, 42 U.S.C. § 12205, and California's Unruh Civil Rights Act, California Civil Code §52(a). Having considered the submissions of the parties and heard oral argument, the court finds that

///

///

Plaintiff's reasonable attorneys' fees are $24,582.50.[1] Plaintiff is hereby awarded attorneys' fees of $24,582.50.

IT IS SO ORDERED.

Dated: May 25, 2012

DEAN D. PREGERSON
United States District Judge

[1] The court finds unnecessary duplication of attorney effort with respect to client intake.