<mark>CLOSED</mark>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo**, | Case No. CV 10-03795 DDP (JCGx) |
| Plaintiff | **JUDGMENT** |
| v. | |
| **9305 Firestone, LLC**, a California Limited Liability Company, et al. | |
| Defendants | |

Having granted plaintiff's motion for summary judgment in the amount of $4,000 on December 13, 2011 and having granted the plaintiff's motion for attorney's fees in the amount of $24,582.50 on May 25, 2012, the plaintiff shall have final **JUDGMENT** against Defendant 9305 Firestone, LLC in the amount of $**28,582.50.**

Dated: May 30, 2012

*[signature]*

United States District Judge

**Submitted by**:
Mark D. Potter, Esq.
Counsel for Plaintiff

1